UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:16-cv-447-Orl-41-GJK

RYAN EGO

Plaintiff,

vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

Defendant.
_______________________________/

**AMENDED COMPLAINT**

COMES NOW, the Plaintiff, RYAN EGO, by and through the undersigned counsel, and hereby sues the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, and alleges as follows:

**GENERAL AND FACTUAL ALLEGATIONS**

1. This is a claim for benefit entitlements pursuant to 29 U.S.C. §1132, and jurisdiction is based upon 29 U.S.C. §1332(a)(1)(B).

2. That at times material hereto, the Plaintiff was a resident of Daytona Beach, Volusia County, Florida.

3. That at all times material hereto, Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, was a foreign corporation operating under the laws of the State of Florida and licensed to do business in Daytona Beach, Florida.

4. That at all times material hereto, the Plaintiff was a member of the Defendant's disability insurance plan (PLAN), Policy No. LK0007814, which was in full force and effect.

5. The PLAN is a health welfare plan subject to the Employee Retirement Income

Security Act, 29 U.S.C. §1001 et seq.

6. The Plaintiff filed a timely claim for long term disability benefits and the Defendant issued a decision to deny long term disability benefits to the Plaintiff on April 23, 2015, stating the Plaintiff did not meet the definition of total disability.

7. The Plaintiff filed a timely appeal on or about October 16, 2015, and the Defendant received the appeal on or about October 16, 2013.

8. The Defendant responded to the appeal filed by the Plaintiff on or about December 14, 2015, and upheld the decision to deny long term disability benefits to the Plaintiff.

9. The Plaintiff has met all conditions precedent in bringing this action and he has exhausted his administrative remedies.

10. That as a result of the Defendant's denial of benefits, it has become necessary for the Plaintiff to retain the undersigned attorney, and he is obligated to pay him a reasonable fee for his services. Furthermore, 29 U.S.C. §1001(b) provides for the award of attorneys' fees.

11. That venue is appropriate in the United State District Court, Middle District of Florida, Orlando Division.

## COUNT I
## WRONGFUL DENIAL OF PLAN BENEFITS

12. The Plaintiff, RYAN EGO, hereby realleges and restates Paragraphs 1 through 11 above as if fully set forth herein.

13. This is an action for wrongful denial of plan benefits pursuant to ERISA §502(a)(1)(B); 29 U.S.C. §1132(a)(1)(B).

14. The Defendant wrongly denied the Plaintiff's benefits as provided under the express terms and conditions of the PLAN.

15. The Plaintiff has and continues to incur losses as a result of the Defendant's failure

to provide benefits.

WHEREFORE, the Plaintiff seeks judgment against the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, for all issues, a monetary award, pre-judgment interest, attorneys' fees, costs, and for any other and further relief this Court deems just and appropriate.

RUE & ZIFFRA

Edward S. Rue, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127
Phone: (386) 788-7700
Facsimile: (386) 788-8707
FBN: 023232
Attorney for the Plaintiff