16-046469

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

RYAN EGO,

PLAINTIFF(S),

VS.

CIGNA GROUP INSURANCE,

DEFENDANT(S).
_______________________________________/
SUBPOENA IN A CIVIL ACTION, COMPLAINT

**CASE #:** **6:16-CV-447-ORL-41-GJK**
**COURT:** **US DISTRICT COURT**
**COUNTY:** **MIDDLE**
**DFS-SOP#:** **16-046469**

# NOTICE OF NON-SERVICE

NOTICE IS HEREBY GIVEN that the documents listed above were received by the Chief Financial Officer of the State of Florida by MAIL on the 28th day of March, 2016. The defendant was not served because we were unable to serve the company as named on the summons/or subpoena. The summons/or subpoena was returned to the attorney of record non-served.

REJECTED PROCESS NON-SERVED
UNABLE TO SERVE
DOCUMENTS AS PRESENTED

*** Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.**

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

EDWARD S. RUE
RUE & ZIFFRA
632 DUNLAWTON AVE
PORT ORANGE FL 32127

SKT

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| RYAN EGO, *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:16-CV-447-ORL-41-GJK |
| CIGNA GROUP INSURANCE, *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CIGNA GROUP INSURANCE
c/o Chief Financial Officer
Post Office Box 6200
200 East Gaines Street
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward S. Rue, Esquire
632 Dunlawton Avenue
Port Orange, FL 32127

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3-18-16

[signature]
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
APR 01 2016
tg

RECEIVED
MAR 23 2016
tg