UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RYAN EGO,**

**Plaintiff,**

**v.** **Case No: 6:16-cv-447-Orl-41GJK**

**LIFE INSURANCE COMPANY OF NORTH AMERICA,**

**Defendant.**

______________________________________/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 31, 2017.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record